Leonard R. Berman
9220 SW Barbur Blvd., Suite 119, Box 180
Portland, OR 97219
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

<u>ATTORNEY FOR PLAINTIFF</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

|  |  |
|---|---|
| PAUL KUHNS, | : |
|  | : Case No. 6-18-cv-1254MK |
|  | : |
|  | : PLAINTIFF'S MOTION |
|  | : FOR VOLUNTARY DISMISSAL |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| CITY OF ALBANY, | : |
| CURTIS BELL, Personally, | : |
| BLAKE MILLER, Personally, | : |
| MARIO LATTANZIO, Personally, | : |
| Defendants. | : |

1   MOTION FOR VOLUNTARY DISMISSAL

COME NOW plaintiff and moves the Court for an order allowing the voluntary dismissal with prejudice of plaintiff's case, without costs or fees to either party.

DATED this 8th day of January, 2020.

S//S Leonard R. Berman

_____
LEONARD R. BERMAN, OSB# 96040
Attorney for Plaintiff

2   MOTION FOR VOLUNTARY DISMISSAL